# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : CIVIL ACTION - LAW :<br>: NO. 4:19-cv-00032-MWB : |
| v. | : STIPULATION : |
| KARA JOHNSON, et al. | : |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

It is stipulated by plaintiff, State Farm Mutual Automobile Insurance Company, and Flynn Beverage, Inc., the only other party having appeared in the action, that the above-captioned civil action is dismissed.

| | |
|---|---|
| **BENNETT, BRICKLIN & SALTZBURG LLC** | **THOMAS, THOMAS & HAFER, LLP** |
| BY: *Michael Saltzburg*  7/20/20<br>MICHAEL SALTZBURG<br>Attorney I.D. 19937<br>Centre Square, West Tower<br>1500 Market Street, 32nd Floor<br>Philadelphia, PA 19102<br>(215) 561-4300<br>saltzburg@bbs-law.com<br>**Attorney for Plaintiff,**<br>**State Farm Mutual Automobile Insurance Company** | BY: *Joshua Bovender*  7/17/20<br>JOSHUA J. BOVENDER<br>Attorney I.D. 314001<br>P.O. Box 999<br>Harrisburg, PA 17108-0999<br>(717) 237-7153<br>jbovender@tthlaw.com<br>**Attorney for Defendant,**<br>**Flynn Beverage, Inc., Incorrectly Designated as Flynn Beverage Company, Inc.** |