## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>KARA JOHNSON, *et al.*,<br><br>   Defendant. | No. 4:19-CV-00032<br><br>(Judge Brann) |

## **ORDER**

**AND NOW**, this 29th day of July 2020, in light of the Stipulation of Voluntary Dismissal, Doc. 13, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge